UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO MIGUEL HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA,<br><br>Defendant. | Case No. 19-mc-80083-JD<br><br>**ORDER RE PREFILING REVIEW**<br><br>Re: Dkt. No. 1 |

Plaintiff Ernest Miguel Heredia is subject to a vexatious-litigant order in this district. Case No. 18-cv-1237-EJD, Dkt. No. 23, at 12. Judge Edward Davila imposed a pre-filing review requirement for any further suits in our district.

The Court has reviewed the proposed complaint lodged under this case name and number, and finds that it falls within the scope of the vexatious-litigant order. Further, it is similar to Heredia's prior lawsuits, which also asserted frivolous claims of employment discrimination. *See* Case No. 18-cv-1237-EJD, Dkt. No. 23, at 8-9 & nn.2-4.

Consequently, the complaint may not be filed. The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: January 10, 2020

JAMES DONATO
United States District Judge